828 A.2d 915

STATE OF NEW JERSEY IN THE INTEREST
OF Q.N., A JUVENILE.

July 3, 2003.

ORDERED that the motion of the State of New Jersey for leave to appeal is granted.

828 A.2d 915

DENNIS DEANGELIS, PLAINTIFF–RESPONDENT,
v. JAMES HILL, DEFENDANT–MOVANT.

July 21, 2003.

ORDERED that the motion for leave to appeal is granted.

828 A.2d 915

BARBARA MALDONADO, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF JOSE CONCEPCION, JR., PLAINTIFF–RESPONDENT, v. T'CHAD LEEDS, CHURCH OF JESUS CHRIST LDS, ET AL., DEFENDANTS–MOVANTS.

July 21, 2003.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to reconsider in light of defendant Leeds' certification.

Jurisdiction is not retained.